**Electronically Filed
Supreme Court
SCWC-18-0000211
29-APR-2020
08:48 AM**

SCWC-18-0000211

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DL,
Petitioner/Plaintiff-Appellant,

vs.

CL,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000211; FC-D. NO. 16-1-1014)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Plaintiff-Appellant DL's motion for reconsideration, filed April 27, 2020, and the record and files herein,

IT IS HEREBY ORDERED, that the motion is denied.

DATED: Honolulu, Hawaiʻi, April 29, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

